**STATE of Missouri, Respondent,**

v.

**Billy Jay PALMER, Appellant.**

**No. WD 43379.**

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for possession of cocaine, § 195.020, RSMo 1986 (repealed 1989) and stealing, § 570.030, RSMo 1986, and sentence to consecutive terms of three and seven years as a prior offender.

Judgment affirmed. Rule 30.25(b).